```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE SOUTHERN DISTRICT OF TEXAS

 3                           HOUSTON DIVISION

 4   UNITED STATES                    §    CASE NO. 4:22-cr-440
                                      §    HOUSTON, TX
 5   VERSUS                           §    WEDNESDAY,
                                      §    OCTOBER 19, 2022
 6   SOHIL USMANGANI VAHORA           §    1:19 p.m. to 1:22 p.m.

 7                             ARRAIGNMENT

 8         BEFORE THE HONORABLE DENA HANOVICE PALERMO
                  UNITED STATES MAGISTRATE JUDGE
 9
                              APPEARANCES:
10

11      FOR THE PARTIES:               SEE NEXT PAGE

12      ELECTRONIC RECORDING OFFICER: SHANNON HOLDEN

13      COURT CLERK:                   CAROL FELCHAK

14

15

16

17

18

19

20
                         TRANSCRIPTION SERVICE BY:
21
                         Veritext Legal Solutions
22                    330 Old Country Road, Suite 300
                             Mineola, NY 11501
23                 Tel: 800-727-6396 ▼ www.veritext.com

24
        Proceedings recorded by electronic sound recording; transcript
25                    produced by transcription service.
```

```
 1                      APPEARANCES:

 2   FOR THE PLAINTIFF:          OFFICE OF U.S. ATTORNEY
                                 Adam Goldman
 3                               1000 Louisiana
                                 Suite 2300
 4                               Houston, TX 77002
                                 713-567-9419
 5

 6   FOR THE DEFENDANT:          R. CHRISTOPHER GOLDSMITH
                                 Attorney at Law
 7                               440 Louisiana
                                 Suite 900
 8                               Houston, TX 77002
                                 713-223-1001
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1            HOUSTON, TEXAS; WEDNESDAY, OCTOBER 19, 2022; 1:19 PM
2               THE COURT:  Call the next case, the United States of
3    America versus Sohil Usmangani Vahora, 4:22-cr-440.
4               MR. GOLDSMITH:  Chris Goldsmith for Mr. Vahora, Your
5    Honor.  Good afternoon.
6               THE COURT:  Good afternoon.
7               MR. GOLDMAN:  And, Your Honor, Aaron Goldman on
8    behalf of Stephanie Bauman for the United States.
9               THE COURT:  Thank you.  All right.  So, we're again
10   on this one for an arraignment.
11              MR. GOLDSMITH:  Yes, Your Honor.
12              THE COURT:  Okay.  Where is -- is it Mr. or Ms.
13   Vahora?
14              MR. GOLDSMITH:  Mr. Vahora, Your Honor.
15              THE COURT:  And where is he?
16              MR. GOLDSMITH:  He --
17              CLERK:  He's in the courtroom but he's in regular
18   clothes.  They are moving him from one facility to another.
19              THE COURT:  Okay --
20              CLERK:  (indiscernible) unmute?
21              THE COURT:  Yeah.  (indiscernible) unmute.  Okay.
22   So, there we go.
23              CLERK:  But he is detained.  He's been detained.
24              THE COURT:  Oh, he's not out on bond?
25              CLERK:  No.  (Indiscernible).
```

```
 1            THE COURT:  Okay.  All right.  So, the first thing I
 2   need to do, Mr. Vahora, is get you to agree to proceed by
 3   video.  You are in the courtroom but everybody else on this
 4   hearing is proceeding by video from various places because of
 5   the pandemic.  Do you agree to go forward with this hearing by
 6   video?
 7            MR. VAHORA:  Yes, Your Honor.
 8            THE COURT:  Okay.  So, let the record reflect that
 9   Mr. Vahora has agreed to go forward by video.  And Mr.
10   Goldsmith, do you waive formal reading of the charges?
11            MR. GOLDSMITH:  We do, Your Honor.
12            THE COURT:  Okay.  Mr. Vahora, have you had a chance
13   to discuss the charges against you with your attorney?
14            MR. VAHORA:  Yes, ma'am.
15            THE COURT:  And do you understand the charges against
16   you?
17            MR. VAHORA:  Yes, ma'am.
18            THE COURT:  All right.  And so, are you ready to
19   enter a plea at this time, yes or no?
20            MR. VAHORA:  Not guilty.
21            THE COURT:  Not guilty.  Okay.  Not guilty plea has
22   been entered on your behalf.  Your case is set before Judge
23   Hanen.  You are set for trial on December 19th at 9:00 a.m.
24   How long to try the case, Mr. Goldman?
25            MR. GOLDMAN:  About two weeks, Your Honor.
```

```
1                THE COURT:  Okay.  Anything else we need to do at
2    this time for Mr. Vahora?
3                MR. GOLDSMITH:  Yes, Your Honor --
4                MR. GOLDMAN:  (indiscernible) oh, sorry.
5                MR. GOLDSMITH:  As Mr. Vahora is being moved from the
6    Joe Corley Detention Center to presumably the federal detention
7    center today, could you ask the marshals if he could give me a
8    call when he's returned to the marshal's office, as he will be
9    put in isolation at FDC?
10               THE COURT:  Okay.  So, who's in the courtroom for the
11   marshal service?
12               MARSHAL:  We can do that, Your Honor.
13               THE COURT:  Okay.  Great.  So, he'll be allowed to
14   call you.  Does Mr. Vahora have your phone number?  Mr. Vahora,
15   do you have your attorney's phone number?
16               MR. VAHORA:  No (indiscernible) number.  He told me
17   that he's going to give it to my wife.
18               MR. GOLDSMITH:  I did give it to your -- to his wife
19   but (indiscernible).
20               THE COURT:  Okay.  Carol -- Carol, can you give it --
21   give him the phone number so that he can call from
22   (indiscernible)?
23               CLERK:  Yes, I will.
24               THE COURT:  Okay.  Okay.  So, Carol will give you the
25   phone number, so you'll be able to call.  All right.  You're
```

1    excused.  Thank you and best of luck, Mr. Vahora.
2                MR. VAHORA:  Thank you, Your Honor.
3                THE COURT:  Thank you.
4         (Hearing adjourned at 1:22 p.m.)
5                           * * * * *

```
 1                    C E R T I F I C A T I O N
 2
 3        I, Sonya Ledanski Hyde, court-approved transcriber,
 4   certify that the foregoing is a correct transcript from the
 5   official electronic sound recording of the proceedings in the
 6   above-entitled matter.
 7
 8   [signature: Sonya M. Ledanski Hyde]
 9
10   Sonya Ledanski Hyde
11
12
13
14
15
16
17
18
19
20   Veritext Legal Solutions
21   330 Old Country Road
22   Suite 300
23   Mineola, NY 11501
24
25   Date:  May 21, 2025
```